Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

JULY 11, 2013

WILLIAM M. McCOOL, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> DURIEL R. SMITH, <br><br> Defendant. | CR NO. 13 5409 RBL <br><br> INDICTMENT |

The Grand Jury charges that:

## COUNT 1
### (Aggravated Sexual Abuse)

On or about July 13, 2012, in Pierce County, within the Western District of Washington, within the boundaries of Joint Base Lewis-McChord, an area within the special maritime and territorial jurisdiction of the United States, the defendant, DURIEL R. SMITH, did knowingly cause a victim, known as "Adult Female," to engage in sexual acts, to wit, contact between the penis and vulva and the penis and mouth, by the use of force and by placing the victim in fear that she would be subjected to death, serious bodily injury and kidnapping, in that the defendant placed a knife to Adult Female's throat.

INDICTMENT / SMITH - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| | |
|---|---|
| 1 | All in violation of Title 18, United States Code, Section 2241(a). |
| 2 | |
| 3 | A TRUE BILL: 7-11-13 |
| 4 | DATED: |
| 5 | *(Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States)* |
| 6 | |
| 7 | |

FOREPERSON

JENNY A. DURKAN
United States Attorney

ANDREW FRIEDMAN
Assistant United States Attorney

THOMAS A. BATES
Assistant United States Attorney

INDICTMENT / SMITH - 2