JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR13-5409RBL |
| Plaintiff, | |
| vs. | ORDER GRANTING DEFENSE MOTION TO FILE OVERLENGTH BRIEF |
| DURIEL R. SMITH, | |
| Defendant. | |

Upon the motion of the Defense to file a motion in excess of the 12-page limitation imposed by Rule CrR 12(c)(d) of the Rules of the United States District Court for the Western District of Washington,

IT IS HEREBY ORDERED that leave of court is hereby granted for the defendant fo file a Motion to Suppress Evidence not to exceed 30 pages.

IT IS SO ORDERED this 3rd day of March, 2014.

Ronald B. Leighton
United States District Judge

Presented by:

*s/ Colin Fieman*
Colin Fieman
Attorney for Defendant

ORDER GRANTING DEFENSE MOTION
TO FILE OVERLENGTH BRIEF

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-6710