HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> v. <br><br> DURIEL R SMITH, <br><br> Defendant. | CASE NO. 3:13-cr-05409-RBL <br><br> ORDER GRANTING MOTION TO ALLOW LATE FILED MOTION |

THIS MATTER is before the Court on Defendant Smith's Motion to Allow Late Filing of Defendant's Third Motion to Suppress. The Motion to Allow Late Filing of Defendant's Third Motion to Suppress is GRANTED, and the Court will consider it.

IT IS SO ORDERED.

Dated this 12th day of June, 2014.

*Ronald B. Leighton*

(as authorized by email/dn)
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE